

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00092-CV

**IN THE INTEREST OF A.E.**, Jr., et al., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We further grant Tommi Jo's counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

SIGNED July 2, 2014.

_____
Patricia O. Alvarez, Justice